

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00422-CV

### FOR THE BEST INTEREST AND PROTECTION OF C. G.

On Appeal from the
Probate Court of Hidalgo County, Texas
Trial Cause No. L-7697

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered Appellant's Motion for Rehearing, vacates and withdraws the judgment that this Court issued on June 19, 2014; however, the opinion previously issued in this cause will not be withdrawn. No costs are assessed against the appellant.

We further order this decision certified below for observance.

September 30, 2014